# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

Clifford W. Taylor,
Chief Justice

129977

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RUTH HARRINGTON,
         Plaintiff-Appellant,

v

SC: 129977
COA: 263564
Monroe CC: 04-017629-AV
1st DC: 02-B-1108-GC

MICHIGAN MILLERS MUTUAL
INSURANCE COMPANY,
         Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 20, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

_____
Clerk

s0427